UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SHERIF PHILIPS, MD. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PITT COUNTY MEMORIAL HOSPITAL, )<br>DAVID CREECH, and JAY SALSMAN )<br>    Defendants. ) | **JUDGMENT**<br>No. 4:24-CV-98-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss and motion for sanctions and pro se plaintiff's motion for summary judgment, motions to strike and motion to consolidate, transfer case.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 12, 2024, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED and this case is dismissed for failure to state a claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** pursuant to order of prefiling injunction entered 10/21/24 that plaintiff is ENJOINED from filing any future actions against 1) defendants named in this suit or otherwise associated with the underlying suspension of plaintiff's medical staff privileges at Pitt County Memorial Hospital in 2004-2006, or with subsequent litigation challenging such suspension, and which 2) pursue claims based on such suspension or actions during such litigation.

**This judgment Filed and Entered on October 25, 2024, and Copies To:**
Sherif Philips (via US mail) at 1406 North Marine Corps Drive, Upper Tumon, GU 969313
Walter G. Merritt / Christina Banfield (via CM/ECF Notice of Electronic Filing)

October 25, 2024      PETER A. MOORE, JR., CLERK

                /s/Sandra K. Collins
               (By)Sandra K. Collins, Deputy Clerk